AO 455(Rev. 5/85) Waiver of Indictment

FILED FEB 14 2008

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

FELIPE VELASQUEZ-AVALOS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR382-WQH

I, FELIPE VELASQUEZ-AVALOS, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, ~~U.S.C., Sec. 1325 - Illegal Entry (Felony)~~, 2F.G.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/14/2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before

JUDICIAL OFFICER